UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

---------------------------------------------------------------------------------- x
JG FUNDING CORP.; LENOX HUDSON LLC; LENOX TEMPLE  :
LLC; LENOX LIBERTY LLC; LENOX BEACHWAY LLC;  :
TEANECK PLAZA VENTURES LLC; and HACKENSACK NORSE  :   Case No. 2:19-cv-18677
LLC;  :
                        Plaintiffs,  :
   -against-  :
   :
SETH LEVINE; UNITED STATES OF AMERICA; STATE OF NEW  :
JERSEY; COUNTY OF BERGEN IN THE STATE OF NEW JERSEY;  :
COUNTY OF MONMOUTH IN THE STATE OF NEW JERSEY; and  :
   :
U.S. BANK NATIONAL ASSOCIATION, as trustee for the registered  :
holders of Wells Fargo Commercial Mortgage Securities, Inc.  :
Multifamily Mortgage Pass-Through Certificates, Series 2018-SB51;  :
U.S. BANK NATIONAL ASSOCIATION, as trustee for the registered  :
holders of Wells Fargo Commercial Mortgage Securities, Inc.  :
Multifamily Mortgage Pass-Through Certificates, Series 2018-SB57;  :
CITIBANK, N.A., as trustee for the registered holders of Wells Fargo  :
Commercial Mortgage Securities, Inc. Multifamily Pass-Through  :
Certificates, Series 2018-SB48;  :
AFFINITY FEDERAL CREDIT UNION; PARK NATIONAL  :
CAPITAL FUNDING LLC; JLS EQUITIES LLC; HUTTON  :
VENTURES LLC; ASCEND REAL ESTATE PARTNERS II LLC;  :
HERBERT TEPFER; LAW OFFICES OF DAVID FLEISCHMANN,  :
PC; LAW OFFICES OF CHAIM C. ZLOTOWITZ, ESQ., PLLC;  :
JUDAH A. ZELMANOVITZ; and NEIL FINK,  :
                        Defendants.  :
---------------------------------------------------------------------------------- x

    THIS MATTER having been opened to the Court by Plaintiffs JG Funding Corp., Lenox

Hudson LLC, Lenox Temple LLC, Lenox Liberty LLC, Lenox Beachway LLC, Teaneck Plaza

Ventures LLC, and Hackensack Norse LLC by way of the Complaint; and Defendant Ascend RE

Partners II, LLC having filed a Motion to Dismiss the Complaint; and the Court having

considered the motion papers; and for good cause shown;

    IT IS ON THIS _____day of _____, 2020

    ORDERED that Defendant Ascend RE Partners II, LLC's Motion to Dismiss the

Complaint is GRANTED and the complaint is dismissed with prejudice.

_____
THE HON. MADELINE COX ARLEO
UNITED STATES DISTRICT JUDGE
