UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

----------------------------------------------------------------------------x

| | |
|---|---|
| JG FUNDING CORP.; LENOX HUDSON LLC; LENOX TEMPLE LLC; LENOX LIBERTY LLC; LENOX BEACHWAY LLC; TEANECK PLAZA VENTURES LLC; and HACKENSACK NORSE LLC; | Case No. 2:19-cv-18677 |
| Plaintiffs, | |
| -against- | |
| SETH LEVINE; UNITED STATES OF AMERICA; STATE OF NEW JERSEY; COUNTY OF BERGEN IN THE STATE OF NEW JERSEY; COUNTY OF MONMOUTH IN THE STATE OF NEW JERSEY; and | |
| U.S. BANK NATIONAL ASSOCIATION, as trustee for the registered holders of Wells Fargo Commercial Mortgage Securities, Inc. Multifamily Mortgage Pass-Through Certificates, Series 2018-SB51; U.S. BANK NATIONAL ASSOCIATION, as trustee for the registered holders of Wells Fargo Commercial Mortgage Securities, Inc. Multifamily Mortgage Pass-Through Certificates, Series 2018-SB57; CITIBANK, N.A., as trustee for the registered holders of Wells Fargo Commercial Mortgage Securities, Inc. Multifamily Pass-Through Certificates, Series 2018-SB48; AFFINITY FEDERAL CREDIT UNION; PARK NATIONAL CAPITAL FUNDING LLC; JLS EQUITIES LLC; HUTTON VENTURES LLC; ASCEND REAL ESTATE PARTNERS II LLC; HERBERT TEPFER; LAW OFFICES OF DAVID FLEISCHMANN, PC; LAW OFFICES OF CHAIM C. ZLOTOWITZ, ESQ., PLLC; JUDAH A. ZELMANOVITZ; and NEIL FINK, | |
| Defendants. | |

----------------------------------------------------------------------------x

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 16, 2019, I caused a true and correct copy of defendant Ascend RE Partners II, LLC's Motion to Dismiss the Complaint, comprising a notice of motion, a memorandum of law, the declaration of Eric D. Herschmann and

accompanying exhibits, and a proposed order, to be served upon all parties to this action, via the Court's ECF system.

Dated:  December 16, 2019        KASOWITZ BENSON TORRES LLP
        New York, New York

By:    /s/ Eric D. Herschmann
    Eric D. Herschmann, Esq.
    Michael Paul Bowen, Esq.
      (*pro hac vice* application forthcoming)
    Andrew R. Kurland, Esq.
      (*pro hac vice* application forthcoming)
    Jeffrey Ephraim Glatt, Esq.
      (*pro hac vice* application forthcoming)

    1633 Broadway
    New York, New York 10019
    Tel: (212) 506-1700

    *Attorneys for Defendant*
    *Ascend RE Partners II, LLC*