**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **JG FUNDING CORP., et al.,** | **Civil Action No. 19-18677(MCA)** |
| *Plaintiff,* | **ORDER** |
| v. | |
| **SETH LEVINE, et al.,** | |
| *Defendants.* | |

**THIS MATTER** comes before the Court by way of Judge Wettre's Report and Recommendation dated April 13, 2021, in which Judge Wettre recommended that this Court dsimiss this matter; and

it appearing that neither Defendant nor Plaintiff have filed any objections to the Report and Recommendation; and

it appearing that for the reasons set forth in Judge Wettre's Report and Recommendation;

**IT IS** on this 31st day of January, 2022,

**ORDERED** that Judge Wettre's Report and Recommendation dated April 13, 2021, is **ADOPTED** and this matter is hereby **DISMISSED WITHOUT PREJUDICE** and this matter shall be **CLOSED**.

*s/ Madeline Cox Arleo*
**Hon. Madeline Cox Arleo**
**United States District Judge**